IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES COSMANO, ) <br> ING BANK FSB, now known as Capitol One, ) <br> National Association, ) <br> VILLAGE OF OAK PARK, ILLINOIS, and ) <br> COOK COUNTY, ILLINOIS, ) <br> ) <br> Defendants. ) | Case No. 19-6276 <br><br> The Hon. Harry D. Leinenweber |

## STIPULATION TO DISMISS

The Parties that have appeared in this action hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Fed. R. Civ. P., to dismiss this action without prejudice and with each party to bear their own costs, including any possible attorneys' fees.

STIPULATED AS TO FORM AND SUBSTANCE:

For Plaintiff United States of America

/s/ James M. Strandjord
JAMES M. STRANDJORD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-616-3345 (v)
202-514-5238 (f)
James.M.Strandjord@usdoj.gov

For Defendant James Cosmano:

/s/ David H. Carter
DAVID H. CARTER #6204782
Attorney at Law
308 West State Street, Suite 215
Rockford, IL 61101
(815) 968-8900
DHCLAW@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of December, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers.

      */s/James M. Strandjord*
JAMES M. STRANDJORD
Trial Attorney
United States Department of Justice, Tax Division